Darin M. Sands, Bar No. 257363
sandsd@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100

Attorneys for Plaintiff DiscoverOrg Data, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISCOVERORG DATA, LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>NOVACLOUD IT, LLC,<br><br>                    Defendant. | Civil No. 3:19-cv-02105-WQH-MSB<br><br>**JOINT MOTION TO DISMISS**<br><br>District Judge: Hon. William Q. Hayes<br>Magistrate Judge: Hon. Michael S. Berg<br><br>Action Filed: November 1, 2019 |

Plaintiff DiscoverOrg Data, LLC ("Plaintiff") and Defendant NovaCloud IT, LLC ("Defendant") (collectively, the "Parties") through their respective counsel agree to and jointly move this court for entry of an order dismissing this matter in its entirety with prejudice and without costs to any party.

DATED March 2, 2020

| HOGE LAW FIRM | LANE POWELL PC |
|---|---|
| By s/ Charles T. Hoge<br>   Charles T. Hoge, Bar No. 110696<br>   888 Prospect Street, Suite 200<br>   La Jolla, California 92037<br>   Telephone: 619.823.2600<br>   Email: choge@hogelaw.com<br>Attorney for Defendant | By s/ Darin M. Sands<br>   Darin M. Sands, Bar No. 257363<br>   601 SW Second Avenue, Suite 2100<br>   Portland, Oregon 97204<br>   Telephone: 503.778.2100<br>   Email: sandsd@lanepowell.com<br>Attorney for Plaintiff |