UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCOVERORG DATA, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>NOVACLOUD IT, LLC,<br><br>              Defendant. | Case No.: 19-cv-2105-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

Upon consideration of the parties' Joint Motion to Dismiss (ECF No. 10),

IT IS HEREBY ORDERED that the Joint Motion to Dismiss is granted and that this matter is dismissed with prejudice. The Clerk shall close the case.

Dated: March 4, 2020

*William Q. Hayes* (signature)
Hon. William Q. Hayes
United States District Court